# NO. 12-20-00242-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ZACHARY EDGAR NATHAN GUERRA,* *APPELLANT* | *§* | *APPEAL FROM THE 7TH* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | *§* | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*

Zachary Edgar Nathan Guerra appeals his conviction for continuous sexual abuse of a young child. In one issue, Appellant challenges the trial court's assessment of the county specialty court fee and overassessment of the courthouse security fee. We modify and affirm as modified.

## BACKGROUND

Appellant was charged by indictment with continuous sexual abuse of a young child.[1] He pleaded "guilty" without a plea bargain agreement. A presentence investigation report was prepared, and the matter proceeded to a bench trial on punishment. After giving both parties an opportunity to present evidence and arguments, the trial court assessed Appellant's punishment at imprisonment for life. Court costs were assessed in the amount of $401.50. This appeal followed.

---

[1] A first-degree felony with a minimum imprisonment term of twenty-five years. *See* TEX. PENAL CODE ANN. § 21.02(b), (h) (West 2019).

## IMPROPER COURT COSTS

In Appellant's sole issue, he argues that the trial court improperly assessed the county specialty court fee and overassessed the courthouse security fee. The State recognizes that the challenged fees stem from the Local Consolidated Fee on Conviction of Felony and concedes they were assessed in error.

The Local Consolidated Fee on Conviction of Felony applies only to defendants who are convicted of offenses committed on or after January 1, 2020. *See Hayes v. State*, No. 12-20-00222-CR, 2021 WL 1418400, at *2 (Tex. App.—Tyler Apr. 14, 2021, no pet. h.) (mem. op., not designated for publication) (citing TEX. LOC. GOV'T CODE ANN. § 134.101 (West Supp. 2021)). Section 134.101 assesses an additional $105 fee for a person who is convicted of a felony. *See* TEX. LOC. GOV'T CODE ANN. § 134.101(a). That fee is to be allocated to the following specific accounts and funds: the clerk of the court account, the county records management and preservation fund, the county jury fund, the courthouse security fund, the county and district court technology fund, and the county specialty court account. *See id.* § 134.101(b).

In the instant case, the commission dates for the offense are May 28, 2019 through November 28, 2019. The certified bill of costs includes the following costs listed in Section 134.101: $25.00 County Specialty Court Account; $10.00 Courthouse Security Fund. The sum of these costs is $35.00. However, as Appellant acknowledges, a $5.00 security fee is mandatory under the version of Article 102.017 that was in effect on the offense date. *See* Act of Sept. 1, 2017, 85th Leg., ch. 190 (amended 2020) (current version at TEX. CODE CRIM. PROC. ANN. art. 102.017). Therefore, the sum of the improper costs is $30.00.

Because the offense in this case was committed before January 1, 2020, Appellant is not obligated to pay the "Local Consolidated Fee on Conviction of Felony." *See Hayes*, 2021 WL 1418400, at *2. Accordingly, we conclude that the judgment should be modified to remove those costs in the amount of $30.00. *See* TEX. R. APP. P. 43.2(b); *Asberry v. State*, 813 S.W.2d 526, 529 (Tex. App.—Dallas 1991, pet. ref'd). We sustain Appellant's sole issue.

## DISPOSITION

Having sustained Appellant's sole issue, we *modify* the trial court's judgment and withdrawal order to reflect that the amount of court costs is $371.50. We *affirm* the judgment as modified.

**JAMES T. WORTHEN**
Chief Justice

Opinion delivered October 27, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 27, 2021**

**NO. 12-20-00242-CR**

**ZACHARY EDGAR NATHAN GUERRA,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 7th District Court
of Smith County, Texas (Tr.Ct.No. 007-0133-20)

THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, it is the opinion of this court that the judgment and withdrawal order of the court below should be modified and as modified, affirmed.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment and withdrawal order of the court below be **modified** to reflect that the amount of court costs is $371.50; in all other respects the judgment of the trial court is **affirmed**; and that this decision be certified to the court below for observance.

James T. Worthen, Chief Justice.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*